# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

IN RE:

**Joseph Imad Yammine**　　　　　　　　　　　　　　　　Case No. 19-42731-MXM

**DEBTOR(S),**

## REPORT OF SECTION 341 MEETING
## AND TRUSTEE'S RECOMMENDATION CONCERNING CONFIRMATION

**Meeting Information:**　　Meeting Date: September 3, 2019　　Time: 2:00 pm

　　Original Date: August 13, 2019

1. Debtor(s) Appeared?　D1: **YES**　　　　　　D2:
　　ID Checked:　YES　　　　　　　　ID Checked: NO
　　SS Checked:　NO　　　　　　　　SS Checked: NO

2. Debtor(s) attorney/paralegal appeared?　YES　　Debtor(s) attorney\firm: CHRISTOPHER BARBER

　　　　　　　　　　　　　　　　　　　　　*representing* RICHARD D KINKADE PC

3. Creditors Appeared:
　　none
　　　　　　　　　　　　　　*representing*
　　　　　　　　　　　　　　*representing*
　　　　　　　　　　　　　　*representing*
　　　　　　　　　　　　　　*representing*

4. **341 Meeting:　CONCLUDED**　　　　　　**Adjourned Date**

　　*Pam Bassel to hear adjourned case.*　　Adjourned Reason:

　　Debtor(s) to appear?　DR1:　　　DR2:

5. Need NOI for Failure to Appear:　NO

6. Payment Information:
　　Current monthly payment per Plan:　　$2,440.00　　First Payment due:　7/31/2019
　　$ rec'd as of 9/9/2019　　　　　　　　$2,150.00　　Length of Plan:　　　60 months
　　Base Amount per Plan:　　　　　　　　$146,110.00

**Confirmation Issues:　REFER TO LEGAL　　NO　　See Item(s):**

Previous objection to confirmation: YES

Confirmation Pre-Hearing Conference Date: 9/13/2019　Obj. to Conf. due date: 9/6/2019

Please indicate if Plan meets confirmation test by Y/N (YES/NO) or UD (unable to determine):

**Y**　8. Disposable Income: $176.65　x 60 (ACP) = Unsecured Pool per Trustee: $10,599.00

　　UCP per Plan:　$260,200.00

**Y**　Debtor is Eligible (Unsecured & Priority under $360,475; Secured under $1,081,400.)

　9. Best Interest: Exemptions:　Federal: NO　State: Texas

　　Exemptions Proper:　If no, explain:

　　Non-exempt Property:

　　Value (equity) in non-exempt prop. UNKNOWN　Non-Exempt Prop. per Plan: $260,200.00

**Y**　10. Feasibility: Surplus per I & J: $2,503.99　　**W/D or ACH Form Turned In?　NO**

| Plan Payments: | Which Debtor | Start Date | Pmt Amt | Frequency | # of Periods |
|---|---|---|---|---|---|
| | D1 | 07/31/2019 | $2,150.00 | MO | 1 |
| | D1 | 08/31/2019 | $2,440.00 | MO | 59 |

　Step　|　Balloon　|　Unemployed　|　Negative Surplus　|　Other

**Y**　11. Good Faith Petition and Plan: Plan Payment at least 90 % I minus J $ $2,253.59

　　b. Plan contains non-standard language:　does not

c. Other:

**N**  12. Domestic Support Obligation: Debtor testified and/or answered debtor questionnaire that all post petition DSO paid? If no, does Attorney General have objection?

**N**  13. Business Case Meeting Required?

**N**  14. Debtor testified and/or answered debtor questionnaire that previous 4 years tax returns have been filed with the IRS. If no, year(s) not filed: 2016, 2015

14A. Year(s) not provided to Trustee's office:

**N**  14B. Debtor has filed the Certificate Concerning Tax Returns required by G.O. 16(c).

15. Tax Returns:   Year Tax Return Reviewed

Number of Dependents on last year: 0  Notes:

Number in Household per B22C: 0  Notes:

|  |  |
|---|---|
| Gross 1040 (1.7) | $ 0.00 |
| Gross 1040 (C-1) | $ 0.00 |
| Gross Total: | 0.00 |

Gross per Schedule "I": $4,916.99     Gross Total /12 =    0.00

By:    /s/ Pam Bassel
       Pam Bassel
       Presiding Officer

---

16. <u>Legal Department Notes</u>: Trustee recommends confirmation based on the above representations except:

Objection to be Filed?:  YES

Objection Type:   IN - InsufficientUD - SS Not VerifiedBICTBICT - UD ExemptionsTR - Not FiledCOND - Conduit Plan IssuesCOND_AF - Conduit Attorney Fees

Other Objection Notes:

By:   <u>Ethan Cartwright</u>
      Attorney for Trustee / Trustee